*E-FILED - 8/2/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES WYDELL GRAHAM, | ) | No. C 10-2445 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| SANTA CLARA COUNTY BOARD OF SUPERVISORS, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant civil rights complaint for failure to exhaust administrative remedies. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/30/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.10\Graham445jud.wpd